# Court of Appeals
# of the State of Georgia

ATLANTA,  August 20, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0020. NEVILLE C. TURNBULL v. SUPERIOR COURT OF CLAYTON COUNTY, ET AL.**

Neville C. Turnbull, proceeding pro se, has petitioned this Court pursuant to Court of Appeals Rule 40 (c). We find no basis to exercise our original mandamus jurisdiction, accordingly, this petition is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  08/20/2025

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*